**Lacy Lee WILLIAMS, Plaintiff–Appellant,**

**v.**

**WAKE COUNTY JAIL, Defendant–Appellee.**

No. 08–6374.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2008.

Decided: April 24, 2008.

Lacy Lee Williams, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM:

Lacy Lee Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(b) (2000). We have reviewed the record and find that no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Wake County Jail,* No. 5:07–ct–03169–H (E.D.N.C. Feb. 29, 2008). We deny Williams' motions for appointment of counsel and for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*